COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| OSVALDO MIGUEL PEREZ, | § | No. 08-13-00024-CR |
|  | § |  |
| Appellant, | § | Appeal from the |
|  | § |  |
| v. | § | County Criminal Court No. 1 |
|  | § |  |
| STATE OF TEXAS, | § | of El Paso County, Texas |
|  | § |  |
| State. | § | (TC# 20120D01211) |
|  | § |  |

## **O R D E R**

The Reporter's Record in the above styled and numbered cause was due April 1, 2013. The Court Reporter has indicated that financial obligations have not been met regarding the preparation of the reporter's record.

Being that no Reporter's Record has been filed, it is ORDERED that the trial court conduct a hearing to determine whether appellant has been deprived of a reporter's record for any reason, including ineffective assistance of counsel, whether appellant desires to continue with this appeal, whether appellant is entitled to a reporter's record at county expense or appointment of new counsel. The trial judge shall enter any necessary orders and/or findings including any appointment of new counsel and shall forward them to the District Clerk, of El

1

Paso County on or before April 29, 2013. The District Clerk shall prepare a supplemental clerk's record containing the trial court's findings and/or orders and forward the same to this Court on or before May 9, 2013. Further, the transcription of the hearing shall be prepared, certified and filed with this Court on or before May 9, 2013.

IT IS SO ORDERED this 9th day of April, 2013.


PER CURIAM

Before McClure, C.J., Rivera, and Rodriguez, JJ.
(Rivera, J., not participating)